**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alice Carter, | ) | Case No. 05-24504 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 619
         Chicago, Illinois 60604

   On:   **July 12, 2007**   Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $30,010.86 |
   | b. | Disbursements | $26,397.78 |
   | c. | Net Cash Available for Distribution | $ 3,613.08 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
   |---|---|---|---|
   | Ronald R. Peterson Trustee | $0.00 | $3,001.09 | $83.48 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:


| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $5,546.07 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.529459%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | GE Money Bank d/b/a WalMart Acct. No. 603220RMS0599280 Recovery Management Systems Corporation 25 S.E. 2nd Avenue,#1120 Miami, FL  33131 | $1,265.28 | $120.57 |
| 2 | Cross Country Bank c/o Applied Card Bank Acct. No. 4227 0970 1905 0942 P.O. Box 17125 Wilmington, DE 19850-7125 | 4,280.79 | 407.94 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10.    The debtor has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **June 12, 2007**     For the Court,

**KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Jun 12, 2007
Case: 05-24504                Form ID: pdf002          Total Served: 24


The following entities were served by first class mail on Jun 14, 2007.
 db         +Alice Carter,   7418 S Maplewood Avenue,    Chicago, IL 60629-2036
 aty        +Ronald Peterson,    Jenner & Block,   One Ibm Plaza 38th Fl,    Chicago, IL 60611-3586
 aty        +Roxanne B Jackson,    Legal Resources P C,   9730 S Western Avenue Suite 720,
               Evergreen Park, IL 60805-2673
 tr         +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
9475397     +Account Recovery Service Inc,    3031 North 114th Street,    Milwaukee, WI 53222-4218
9475404      Applied Card Bank,    P O Box 17125,    Wilmington, DE 19850-7125
9475398      Bally’s,   12440 E Emperior Highway,    Suite 300,   Norwalk, CA 90650
9475399     +Blatt & Hasenmiller F & L,    125 S. Wacker Drive, #400,    Chicago, IL 60606-4440
9475400     +Blitt & Gaines, P.C.,    318 W. Adams Street #1600,   Chicago, IL 60606-5100
9475401     +Capital One,   P.O. Box 85520,    Richmond, VA 23285-5520
9475402     +Citi-BP Oil,   P.O. Box 15687,    Wilmington, DE 19850-5687
9475403     +Citibank,   701 E. 60th Street,    Sioux Falls, SD 57104-0493
9475405     +FCNB Master Trust,   1620 Dodge Street,    Omaha, NE 68102-1593
9475406     +GEMB/Walmart,    P.O. Box 981400,   El Paso, TX 79998-1400
9475407    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,    Department of Treasury,   Kansas City, MO 64999-0030)
9475408     +Leading Edge Recovery Solutions,    8550 W. Bryn Mawr, Suite 350,    Chicago, IL 60631-3221
9475409     +Mitsubishi,   1101 Perimeter Drive, Suite 65,    Schaumburg, IL 60173-5844
9475410     +Newport News,   101 Crossway Park West,    Woodbury, NY 11797-2020
9475411     +Pentagroup Financial, LLC,    5959 Corporate Drive., Ste. 1400,    Houston, TX 77036-2311
9475412     +People’s Energy,   130 W. Randolph Street,    Chicago, IL 60601-3216
9475413     +Providian Visa,    4900 Johnson Drive,    Pleasanton, CA 94588-3308
10985852    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Wal-Mart,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
9475414     +Sherman Acquisition,    P.O. Box 740281,    Houston, TX 77274-0281
9475415      Swiss Colony / Seventh Ave,    1112 7th Avenue,   Monroe, WI 53566-1364

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**          **Signature:** _Joseph Speetjens_